**Exhibit A**

Table of Last-Observed Infringements by Defendants of Next Phase Distribution, Inc.'s Copyright in the Motion Picture "Pigtail Virgins," Copyright Reg. No. PA0001687505

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 173.48.150.90 | 2012-01-15 21:51:46 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 2 | 173.48.188.210 | 2012-01-23 10:59:14 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 3 | 173.48.90.240 | 2012-02-01 17:58:28 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 4 | 173.76.114.36 | 2012-01-06 06:19:51 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 5 | 24.107.227.142 | 2012-01-22 23:58:05 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 6 | 24.128.46.33 | 2012-02-17 23:06:16 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 7 | 24.147.125.194 | 2012-01-26 23:17:06 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 8 | 24.218.14.72 | 2012-01-08 12:19:58 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 9 | 24.218.234.70 | 2012-01-21 15:58:52 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 10 | 24.61.16.95 | 2012-01-17 00:59:40 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 11 | 24.63.149.200 | 2012-01-20 23:13:13 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 12 | 66.31.178.119 | 2012-01-20 22:23:09 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 13 | 68.187.227.166 | 2012-02-14 22:33:59 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 14 | 71.184.73.191 | 2012-02-14 03:09:38 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 15 | 71.232.96.160 | 2012-01-24 20:33:52 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 16 | 71.83.60.162 | 2012-01-31 22:00:13 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 17 | 75.67.66.8 | 2012-01-31 07:17:45 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 18 | 75.68.13.29 | 2012-01-23 19:08:53 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 19 | 76.118.116.77 | 2012-01-16 19:13:08 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 20 | 96.252.100.88 | 2012-01-21 17:58:47 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 21 | 98.118.46.19 | 2012-01-06 22:46:59 -0500 | Verizon Internet Services | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 22 | 98.216.128.250 | 2012-02-21 17:58:45 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |
| Doe 23 | 98.217.158.189 | 2012-02-13 15:02:34 -0500 | Comcast Cable | BitTorrent | 7a4f01397bc378b41ad8d943b2a8ad078fa4a4a1 |